776

Joseph A.F. SADOWSKI,
Plaintiff–Appellant,

v.

Michael FEINBERG, Sandra Townes, Barry Cozier, Renaldo Rivera, Mrs. Colontino, Roy S. Mohan, Public Administrator's Office Nassau County, Mrs. Michelle Lippa Gartner, Mr. Paul HYL, Mark J. Brosnan, Mr. Patrick W. Curry, Mr. John Doe, Mrs. Jane Doe, Defendants

John B. Riordan, Surrogate Court, Gabriel Krausman, Ralph P. Franco, Supreme Court, Defendants–Appellees.

No. 04–4582.

United States Court of Appeals,
Second Circuit.

May 23, 2005.

Joseph A.F. Sadowski, Hicksville, NY, for Plaintiff–Appellant, pro se.

Robert H. Easton, Senior Assistant Attorney General (Carol Fischer,), for Eliot Spitzer, Attorney General of the State of New York New York, NY, for Defendants–Appellees, of counsel.

Present: WINTER, KATZMANN, Circuit Judges, and MURTHA,* District Judge.

SUMMARY ORDER

Appellant, Joseph A.F. Sadowski, *pro se* and *in forma pauperis*, appeals from the *sua sponte* dismissal by the United States District Court (Hurley, *J.*), of his complaint pursuant to 42 U.S.C. §§ 1983 and 1985.

The parties' familiarity with the facts is assumed. We affirm the judgment of the district court, for substantially the reasons given by the district court in its analysis. *See*, Order, *Sadowski v. Riordan*, et al., No. 04–Cv–1680 (DRH), (E.D.N.Y. July 20, 2004).

The judgment of the district court is AFFIRMED.

---

* The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.